EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
SARA UGAZ, State Bar No. 239031
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5716
  Fax: (415) 703-5843
  Email: Sara.Ugaz@doj.ca.gov

Attorneys for Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta, and G. Kelly

[FILED 07 NOV 30 — ORIGINAL — E-filing]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. MORRIS,<br><br>                          Plaintiff,<br><br>   v.<br><br>ROBERT A. HOREL, WARDEN, et al.,<br><br>                       Defendants. | Case No. CV 07 6060 SI<br><br>(Del Norte County Superior Court, Case No. CVPI 07-1388)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION THAT THE COURT SCREEN PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915a; WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g)** |

TO PLAINTIFF, IN PRO SE:

PLEASE TAKE NOTICE that Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta, and G. Kelly (Defendants) request that this court screen the Complaint under 28 U.S.C. § 1915A, and Defendants waive their right to reply to the Complaint under 42 U.S.C. § 1997e(g).

Not. Mot. & Mot. Screen Compl.; Waiver of Reply                                                       *J. Morris v. Horel, et al.*
                                                                                      Case No. _____

**A. Background**

Defendants removed this case from the Superior Court of California, County of Del Norte, to this Court, under 28 U.S.C. § 1441(b) on November 30, 2007. Defendants must respond to Plaintiff's Complaint within five days after filing their Notice of Removal. Fed. R. Civ. P. 81(c). Defendants waive their right to reply, however, so that the Court may screen the Complaint under 28 U.S.C. § 1915A.

**B. Defendants Request that the Court Screen Plaintiff's Complaint Under 28 U.S.C. § 1915A.**

Under 28 U.S.C. § 1915A, "[t]he court shall review, before docketing, if feasible, or in any event, as soon as praticable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." Upon such review, the Court shall identify cognizable claims or dismiss any or all portions of the complaint if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915A(b).

Thus, Defendants request that the Court screen Plaintiff's Complaint and dismiss, if any, those claims and Defendants it believes should be dismissed.

**C. Defendants Waive their Right to Reply to Plaintiff's Complaint.**

Defendants waive their right to reply to Plaintiff's Complaint. Under 42 U.S.C. § 1997e(g), "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under . . . Federal law. Notwithstanding any other law or rule of procedure, such a waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed." However, "the Court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42 U.S.C. § 1997e(g)(2).

Assuming that the Court does not dismiss the Complaint in its entirety, Defendants request that the Court allow sixty days from the date of the Court's order for Defendants to file their responsive pleading. If additional defendants are ordered to be served, Defendants respectfully

Not. Mot. & Mot. Screen Compl.; Waiver of Reply                                                                 *J. Morris v. Horel, et al.*
                                                                                                                 Case No. _____

2

request that, in the interest of judicial efficiency and the efficiency of the parties, the Court set one responsive pleading date sixty days after the final defendant has been served.

### D. Conclusion

Defendants respectfully request that the Court screen Plaintiff's Complaint under 28 U.S.C. § 1915A. Furthermore, in order to allow the Court sufficient time to complete a screening, Defendants waive their right to reply to Plaintiff's Complaint under 42 U.S.C. § 1997e(g).

Dated: November 29, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*/s/ Sara Ugaz*

SARA UGAZ
Deputy Attorney General
Attorneys for Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta, and G. Kelly

40191701.wpd
SF2007403142

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **J. Morris v. Horel, et al.**

No.:  **CVP1 07-1388**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 30, 2007**, I served the attached

### DEFENDANTS' NOTICE OF MOTION AND MOTION THAT THE COURT SCREEN PLAINTIFF'S COMPLAINT UNDER 28 U.S.C. § 1915a; WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jack L. Morris, C-06409**
**Pelican Bay State Prison**
**P. O. Box 7500**
**Crescent City, CA 95531-7500**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 30, 2007**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | *[signature]* |
| Declarant | Signature |

40192118.wpd