1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SARA UGAZ, State Bar No. 239031
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5716
     Fax: (415) 703-5843
8    Email: Sara.Ugaz@doj.ca.gov

9  Attorneys for Defendants R. Horel, R. Rice, D.
   Hawkes, M. Pena, R. Moore, K. McGuyer, C.
10 Scavetta, and G. Kelly

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  JACK L. MORRIS,                    | Case No.  CV 07 6060

16                       Plaintiff,    | (Del Norte County Superior
                                       | Court, Case No. CVP1 07-1388)
17        v.
                                       | **DEMAND FOR JURY TRIAL**
18  ROBERT A. HOREL, WARDEN, et al.,

19                       Defendants.

20

21        Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta,

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Defs.' Jury Demand                                              *J. Morris v. Horel, et al.*
                                                                CVP1 07-1388
                              1

1  and G. Kelly (Defendants) demand trial by jury in this case.

3  Dated: November 29, 2007

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
Attorney General of the State of California

6  DAVID S. CHANEY
Chief Assistant Attorney General

7  FRANCES T. GRUNDER
Senior Assistant Attorney General

8  JONATHAN L. WOLFF
Supervising Deputy Attorney General

*[signature]*

SARA UGAZ
Deputy Attorney General
Attorneys for Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta, and G. Kelly

40191690.wpd
SF2007403142

Defs.' Jury Demand

J. Morris v. Horel, et al.
CVP1 07-1388

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **J. Morris v. Horel, et al.**

No.:   **CVP1 07-1388**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 30, 2007**, I served the attached

### DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jack L. Morris, C-06409**
**Pelican Bay State Prison**
**P. O. Box 7500**
**Crescent City, CA 95531-7500**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 30, 2007**, at San Francisco, California.

|  M.M. Argarin  | *M.M. Argarin* (signature) |
| :---: | :---: |
| Declarant | Signature |

40192147.wpd