EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
SARA UGAZ, State Bar No. 239031
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5716
  Fax:  (415) 703-5843
  Email:  Sara.Ugaz@doj.ca.gov

Attorneys for Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta, and G. Kelly

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JACK L. MORRIS, | CV 07-6060 SI |
|---|---|
| Plaintiff, | DECLARATION OF SARA UGAZ IN SUPPORT OF DEFENDANTS' MOTION THAT THE COURT STAY DISCOVERY UNTIL THE COMPLAINT IS SCREENED UNDER 28 U.S.C. § 1915A |
| v. | |
| ROBERT A. HOREL, WARDEN, et al., | |
| Defendants. | |

I, SARA UGAZ, declare:

1. I am a Deputy Attorney General in the California Attorney General's Office and counsel of record for Defendants R. Horel, R. Rice, D. Hawkes, M. Pena, R. Moore, K. McGuyer, C. Scavetta, and G. Kelly in this matter. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' motion to stay discover until the Complaint is screened under 28 U.S.C. § 1915A.

2. On November 28, 2007, I received nine sets of discovery propounded to Defendants

Decl. Ugaz Supp. Defs.' Mot. Stay Disc. Pending Screening Compl.    J. Morris v. Horel, et al.
CV 07-6060 SI

1

1  M. Pena, D. Hawkes, and R. Moore by Plaintiff Jack Morris.

2      3.    I called Plaintiff on the telephone on November 30, 2007 and asked him if he was
3  willing to stipulate to stay discovery until the Court screened his Complaint. He refused to enter
4  into a stipulation.

5      I declare under penalty of perjury that the forgoing is true and correct to the best of my
6  knowledge.

7      Executed December 21, 2007, at San Francisco, California.

*[signature]*
Sara Ugaz
Deputy Attorney General

13  40200028.wpd

14  SF2007403246

Decl. Ugaz Supp. Defs.' Mot. Stay Disc. Pending Screening Compl.

*J. Morris v. Horel, et al.*
CV 07-6060 SI

2