IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK L. MORRIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT A. HOREL, WARDEN, et al.,<br><br>　　　　　　　　　　　Defendants. | CV 07-6060 SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION THAT THE COURT STAY DISCOVERY UNTIL THE COMPLAINT IS SCREENED UNDER 28 U.S.C. § 1915a |

Defendants requested that the Court stay discovery until Plaintiff's Complaint was screened under 28 U.S.C. § 1915A. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for a stay of discovery is GRANTED. Discovery may recommence if the Court finds that Plaintiff sets forth cognizable claims in his Complaint, and at that time, Defendants will have thirty days from the Court's Order to respond to the discovery.

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[Proposed] Order                                                    J. Morris v. Horel, et al.
                                                                    Case No. CV 07-6060 SI

1