UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACK L MORRIS,

        Plaintiff,

v.

ROBERT A HOREL et al,

        Defendant.

Case Number: CV07-06060 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jack L. Morris C-63849
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7500

Sara Ugaz
Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Dated: March 13, 2008

                                            Richard W. Wieking, Clerk
                                            By: Tracy Sutton, Deputy Clerk