**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 13, 2008

Del Norte County Superior Court
450 H Street, Room 209
Crescent City, CA 95531

RE:  CV 07-06060 SI    JACK L MORRIS-v-ROBERT A HOREL
      Your Case Number: (CVPI-07-1388)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

           Sincerely,

           RICHARD W. WIEKING, Clerk

              /s/

           by:  Yumiko Saito
           Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg