**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED MAR 1 7 2008
MAR 2 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 13, 2008

Del Norte County Superior Court
450 H Street, Room 209
Crescent City, CA 95531

RE: <u>CV 07-06060 SI    JACK L MORRIS-v-ROBERT A HOREL</u>
      Your Case Number: (CVPI-07-1388)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (X)    Certified copies of docket entries
- (X)    Certified copies of Remand Order
- ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /s/ Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

DEL NORTE SUPERIOR COURT
450 H Street, Room 209
Crescent City, CA 95531

Case# → CVUJ08-1120

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg