Jack L. Morris C-06409
P.O. Box 7500 D7-217
Cresent City, Ca. 95532
Pelican Bay State Prison, S.H.U.

Clerk, U.S. District Court
450 Golden Gate Ave.
San Francisco, Ca. 94102

Re: Morris v. McGrath, C-06-5015 SI, AND
Morris v. Horel, C-07-6060 SI.

Dear Sir/Madam;

    This is To notify the Court that Plaintiff (Morris) in the above indicated Case(s), has been Transferred from Pelican Bay State Prison.

    Plaintiff expects to be Sent to the California Correctional Institute, Tehachapi; He will notify the Court Of his new Mailing Address A.S.A.P.

Thank You.

Dated 3-24, 2008

Jack L. Morris

(1)

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, Jack L. Morris, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 24 day of March, in the year of 2008, I served the following documents: (set forth the exact title of documents served)

Notification of address change

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

William C. Kwong
Deputy Attorney General
455 Golden Gate Ave.
Ste: 11000
S.F. Ca. 94102

Sara Ugaly
Deputy Attorney General
455 Golden Gate Ave.
Ste: 11000
S.F. Ca. 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24 day of March, 2008.

Signed: Jack L Morris
(Declarant Signature)

Rev. 12/06