Jack L. Morris C-06409
P.O. Box 7500 C2-219
Crescent City, Ca. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

US POSTAGE $00.41 MAR 24 2008 MAILED FROM ZIP CODE 95531

Clerk,
United States District Court
450 Golden Gate Ave.
San Francisco, Ca. 94102

Legal Mail