Jack L. Morris C-06409
P.O. Box 1902  4A-1C-105
California Correctional Institute
Tehachapi, Ca. 93581

April 15, 2008

Clerk of the Court
450 Golden Gate Ave.
Northern District Court
San Francisco, Ca. 94102  (07-6060 SI)

Re: Change of Address.

Dear Sir/Madam

On March 26, 2008 I notified the Court I was Transfer from Pelican Bay State Prison, Crescent City, Ca. at that time I did'nt know where I was Being Sent.

On March 27, 2008 I arrived at California Correctional Institute, Tehachapi Ca (above). I have not had an opportunity to notify the Court prior to this date (no postage or property).

I have notified the Attorney General of my new address (William Kwong).

Thank You
Jack L. Morris
In Pro Per.

Jack L. Morris C-06409
P.O. Box 1902 4A-1C-105
California Correctional Institute
Tehachapi, Ca. 93581

Legal Mail

Clerk of the Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

Legal Mail